```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13314
   MICHAEL L MEADOWS
   MARGARET T MEADOWS                        CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-8550     SSN XXX-XX-3455
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/17/06 and confirmed on 02/01/07.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $   4051.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 31.70 | .00 | 31.70 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 3597.10 | .00 | 784.27 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMCA | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGITS J | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | 1911.67 | .00 | .00 |
| MBNA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2357.82 | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| MIGUEL G CAMARA MD | UNSECURED | NOT FILED | .00 | .00 |
| ENT SURGICAL CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| FUTURE DIAGNOSTICS GROUP | UNSECURED | 160.00 | .00 | .00 |
| B LINE LLC | UNSECURED | 7422.59 | .00 | .00 |
| LINCOLNWAY MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RENIKA BHATT | UNSECURED | NOT FILED | .00 | .00 |
| RICHARD A LEVY MD LTD | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE COMMUNITY HEAL | UNSECURED | NOT FILED | .00 | .00 |
| RUSH PRESBYTERIAN ST LUK | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | .00 | .00 | .00 |

```
ASSET ACCEPTANCE CORP      UNSECURED         88.36             .00          .00
SILVER CROSS HOSPITAL      UNSECURED      NOT FILED            .00          .00
WILMINGTON COMMUNITY HEA   UNSECURED      NOT FILED            .00          .00
YATIN SHAH MD              UNSECURED      NOT FILED            .00          .00
DEBT RECOVERY SOLUTIONS    UNSECURED        115.81             .00          .00
COLLECTION PROFESSIONALS   UNSECURED        214.00             .00          .00
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 3628.80          .00     12270.25          .00      15899.05
PRINCIPAL PAID      815.97          .00          .00          .00        815.97
INTEREST PAID          .00          .00          .00          .00           .00
TOTAL PAID          815.97          .00          .00          .00        815.97
```

The Debtor's attorney, JOHN C DENT                    , was allowed $   3000.00
and was paid $    329.00   direct and $   2671.00   through the plan.

The Trustee received $    159.03 .

Refunds to the Debtor totaled $    405.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 13314 MICHAEL L MEADOWS & MARGARET T MEADOWS